IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02915-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CURTIS L. WRIGHT,

    Plaintiff,

v.

STANDLEY AND ASSOCIATES,
JAMES STANDLEY,
BRIAN QUINTANA,
ANDREW GREFFEN, and
BART OWENS

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, a resident of Brighton, Colorado, has submitted *pro se* a Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  XX   is not on proper form (must use the court's current form)
(8)  ___  names in caption do not match names in caption of complaint, petition or

|       |     | habeas application |
|-------|-----|--------------------|
| (9)   | XX  | other: motion and affidavit must be notarized |

**Complaint, Petition or Application**:
- (10) ____ is not submitted
- (11) ____ is not on proper form (must use the court's current form)
- (12) ____ is missing an original signature by the prisoner
- (13) ____ is missing page nos. ____
- (14) ____ uses et al. instead of listing all parties in caption
- (15) ____ names in caption do not match names in text
- (16) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (17) ____ other:

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 29, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge