IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02915-BNB

CURTIS L. WRIGHT,

    Plaintiff,

v.

STANDLEY AND ASSOCIATES,
JAMES STANDLEY,
BRIAN QUINTANA,
ANDREW GEFFEN, and
BART OWENS,

    Defendants.

ORDER DISMISSING CASE

    Plaintiff, Curtis Wright, resides in Brighton, Colorado.  On October 25, 2013, he filed *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3).

    On October 29, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Wright to submit a notarized Motion and Affidavit for Leave to Proceed Pursuant to § 1915 on the court-approved form within thirty days.  Instead of complying with the October 29 Order, Mr. Curtis filed a Stipulation of Dismissal Without Prejudice on November 29, 2013 (ECF No. 5).

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Curtis "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a

stipulation of dismissal signed by all parties who have appeared." No response has been filed and no appearance has been entered by any Defendant in this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the dismissal is without prejudice, unless otherwise stated in the notice or stipulation. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice or stipulation of dismissal, and no subsequent court order is necessary. *See Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968); *De Leon v. Marcos,* 659 F.3d 1276, 1277, 1283. The notice or stipulation closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507; *De Leon,* 659 F.3d at 1283.

Accordingly, it is

ORDERED that the instant action is dismissed without prejudice pursuant to the Stipulation of Dismissal Without Prejudice (ECF No. 5) that Plaintiff, Curtis Wright, filed *pro se* on November 29, 2013. It is

FURTHER ORDERED that the voluntary dismissal is effective as of November 29, 2013, the date the notice or stipulation of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this  4th  day of      December      , 2013.

BY THE COURT:


   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court